(95 South. 704)

No. 25771.

STATE v. TURNER.

(Feb. 26, 1923.)

*(Syllabus by Editorial Staff.)*

Criminal law ⟐1064(5)—Motion for new trial on ground that judgment contrary to law and evidence not reviewable.

Motion for new trial on ground that judgment is contrary to law and evidence presents no question of law for review by the Supreme Court.

Appeal from Second Judicial District Court, Parish of Bossier; Robert Roberts, Jr., Judge.

Lonzie Turner was convicted of manufac-

turing whisky for beverage purposes, and he appeals. Affirmed.

W. B. Hamilton, of Shreveport, for appellant.

A. V. Coco, Atty. Gen., R. Harwell Lee, Dist. Atty., of Minden (T. S. Walmsley, of New Orleans, of counsel), for the State.

LAND, J. The defendant appeals from a conviction and sentence for the offense of manufacturing whisky for beverage purposes. As the record contains nothing but a motion for a new trial on the ground that the judgment against defendant is contrary to the law and the evidence, no question of law is presented to this court for review.

The judgment appealed from is therefore affirmed.